UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD TAYLOR | CIVIL ACTION |
| VERSUS | NUMBER: 16-16587 |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | SECTION: "A"(5) |

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment is denied, that Defendant's motion for summary judgment is granted, and that Plaintiff's suit is dismissed with prejudice.

October 20, 2017.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE